AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 1/27/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Patrocinio Geronimo Perez-Chaves,<br>a.k.a. Geronimo Perez-Perez,<br>A#215 637 953<br>*Defendant* | Case No. 26-3023MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about January 27, 2026, in Pinal County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Patrocinio Geronimo Perez-Chaves, an alien, was found in the United States at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about August 28, 2018, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Suzanne Guerin, P.S. for AUSA Anna Lindrooth
(Digitally signed by SUZANNE GUERIN, Date: 2026.01.28 08:33:21 -07'00')

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN
(Digitally signed by CHRISTOPHER L SPOHN, Date: 2026.01.28 09:37:21 -07'00')

*Complainant's signature*

Christopher L. Spohn
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: January 28, 2026

*Judge's signature* (M Morrissey)

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer, Christopher L. Spohn declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about January 26, 2026, the Phoenix Immigration and Customs Enforcement (ICE) office received a non-biometric lead through an immigration data base regarding Patrocinio Geronimo Perez-Chaves, a previously deported criminal alien, who was suspected to be present in the United States unlawfully. ICE officers initiated an investigation into locating Perez-Chaves. On or about January 27, 2026, ICE officers encountered Perez-Chaves after conducting surveillance at a residence and performing a vehicle stop in Florence, Arizona. At the scene, ICE officers identified themselves and positively identified Perez-Chaves. At that time, Perez-Chaves was taken into ICE custody and transported to the Phoenix ICE office for further investigation and processing. Perez-Chaves was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Patrocinio Geronimo Perez-Chaves to be a citizen of Guatemala and a previously deported alien. Perez-Chavez was removed from the

1

United States to Guatemala, through Mesa, Arizona, on or about August 28, 2018, pursuant to a final order of removal issued by an immigration official. There is no record of Perez-Chaves in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Perez-Chaves's immigration history was matched to him by electronic fingerprint comparison.

4. On or about January 27, 2026, Patrocinio Geronimo Perez-Chaves was advised of his constitutional rights. Perez-Chaves freely and willingly acknowledged his rights declined to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about January 27, 2026, Patrocinio Geronimo Perez-Chaves, an alien, was found in the United States at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Mesa, Arizona, on or about August 28, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

_Digitally signed by CHRISTOPHER L SPOHN_
_Date: 2026.01.28 09:38:49 -07'00'_

Christopher L. Spohn
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
January 28, 2026

_/s/ M Morrissey_

Michael T. Morrissey
United States Magistrate Judge

3